UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GOODELL,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER CORPORATION; BAYER HEALTHCARE LLC.; and DOES 1 through 50, inclusive,[1]<br><br>　　　　　　　Defendants. | Civil Action No. 1:18-cv-10694-IT |

## ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULING FOR MOTION TO DISMISS

The parties, while reserving all rights and defenses, shall comply with the following briefing schedule for filing an Amended Complaint and briefing the Defendants' Motion to Dismiss:

1. Plaintiff will serve Defendants with a M.G.L. c. 93A demand on or before July 9, 2018, should he decide to proceed on such claim;

2. Plaintiff will provide Defendants with a courtesy copy of the First Amended Complaint on or before July 20, 2018, which shall be identical to the document ultimately filed with the Court as the First Amended Complaint;

3. Plaintiff will file the First Amended Complaint on August 8, 2018;

4. Bayer's Motion to Dismiss shall be filed no later than August 17, 2018;

5. Plaintiff's Opposition to Bayer's Motion to Dismiss shall be filed no later than September 10, 2018;

---

[1] At a hearing held June 29, 2018, plaintiff's counsel stated that defendants McKesson Corporation and McKesson Medical-Surgical, Inc. were voluntarily dismissed from the case. The Court ORDERS that those defendants are hereby DISMISSED without prejudice.

1

6. Bayer will seek leave from the Court to file a reply, if needed, by September 14, 2018;

7. Parties will exchange initial disclosures within thirty (30) days of the Court's ruling on Defendant Bayer HealthCare Pharmaceuticals Inc., Bayer Corp., and Bayer HealthCare LLC's (collectively "Bayer") Motion to Dismiss;

8. Within thirty (30) days after the Court enters an Order ruling on Bayer's Motion to Dismiss, in the event any claim remains pending, the parties will submit a joint pretrial discovery plan on all remaining discovery events, as well as a dispositive motion briefing schedule. The parties further agree to meet and confer to propose a stipulated protective order regarding confidential information and an ESI protocol at that time; and

Date: 7/3/2018

_____
United States District Judge